## UNITED STATES BANKRUPTCY COURT
## NORTHER DIVISION OF FLORIDA
## PENSACOLA DIVISION

IN RE:

Jangir, Inc.                                   Case No.: 13-30012
                                               Chapter 11

### CASE MANAGEMENT SUMMARY

Debtor-in-Possession, Jangir, Inc., by and through its undersigned attorney, hereby files this Case Management Summary pursuant to Administrative Order 05-001, and does state:

1. The Debtor owns and operates a motel property doing business as Hospitality Inn.

2. The Debtor owns the real property and improvements where the motel is located at 4910 Mobile Hwy, Pensacola, FL 32506.

3. The Debtor filed this case because of a decrease in cash flow resulting from the effects of the BP oil spill in April, 2010, which ultimately caused the Debtor to go into default on its mortgage with E.H. National Bank which holds the mortgage on the real property where the motel is located. E.H. National Bank commenced a foreclosure proceeding and a foreclosure sale was set to take place. The Debtor filed the bankruptcy to stop the sale and allow the Debtor to continue to operating which, in turn, will allow the Debtor to propose a plan of reorganization restructuring its debts.

4. The Debtor's officers are Harjit Bhatti who is the president and her husband, Armajit Bhatti who is the vice president. Mr. and Mrs. Bhatti own 100% of the stock. There are no other officers or directors. Neither of the officers receive a salary from the Debtor.

5. The Debtor's annual gross revenues are approximately $360,000.00 to

$400,000.00 per year.

6. The amount owed by the Debtor to various classes of creditors is as follows:

a. The Escambia County Tax Collector is owed approximately $66,559.00 for delinquent ad valorem taxes. The Internal Revenue Service may be owed taxes. Any amounts which may be owing have not yet been determined. The tax returns are being prepared.

b. The Debtor has one secured creditor, E.H. National Bank who holds a debt in the amount of approximately $2.1 million dollars.

c. The Debtor owes unsecured creditors the total sum of approximately $10,030.00.

7. The Debtor listed the motel property located at 4910 Mobile Highway with a value of $800,000.00. This amount is the Debtor's estimate based on communications with area realtors and is not based on an appraisal amount. Additionally, the Debtor listed inventory and other personal property, such as furniture and bedding, with a total value of $49,911.00. The Debtor listed unpaid rent as an accounts receivable in the amount of approximately $80,000.00. However, it is believed that most of this amount is not collectable.

8. The Debtor has a total of 9 employees. There were no wages owed as of the petition date.

9. The Debtor was not operating the motel through the Debtor, but, rather, was leasing the motel property to another entity, Rahi, LLC, who was responsible for payroll and sales taxes while it was operating the hotel. After filing the petition, the Debtor resumed operations of the hotel and is current on post-petition payroll and sales tax obligations.

10. The Debtor does not anticipate any emergency relief to be requested within fourteen days. The Debtor is in discussions with the secured creditor, E.H. National Bank,

regarding entering into an adequate protection agreement. It is anticipated that an agreement will be reached.

_____
J. STEVEN FORD, ESQUIRE
Florida Bar No.: 512869
Wilson, Harrell, Farrington, Ford,
Wilson, Spain, & Parsons, P.A.
307 South Palafox Street
Pensacola, Florida 32502
Telephone: (850) 438-1111
Facsimile: (850) 432-8500
ATTORNEY FOR
DEBTOR-IN-POSSESSION

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY that a true and correct copy of the foregoing was sent to Jason Egan, U.S. Trustee, and to Todd Harris, Esquire, by electronic mail via EM/ECF on this 7 day of March, 2013.

_____
J. Steven Ford